UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ASTOUND BUSINESS SOLUTIONS, LLC,

                         Plaintiff,

           - against -                          **ORDER**

DISH WIRELESS L.L.C.,                           26 Civ. 3060 (NRB)
                         Defendant.

-----------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


     **WHEREAS** defendant DISH Wireless L.L.C. ("DISH") and certain of its affiliates (collectively, "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court") on June 30, 2026; and

     **WHEREAS** on June 30, 2026, DISH filed a "Notice of Bankruptcy Filing and Automatic Stay of Proceedings for Dish Wireless L.L.C. and Certain of Its Affiliates" in the above-captioned matter, ECF No. 16; and

     **WHEREAS** section 362(a) of the Bankruptcy Code provides for an automatic stay of certain proceedings against the Debtors upon the filing of voluntary petitions for relief under chapter 11; it is hereby

**ORDERED** that this case is stayed unless and until the Bankruptcy Court issues an order providing for relief from the automatic stay.


Dated:    New York, New York
          July 1, 2026


_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE